THE TRUSTEES OF THE YOUNG MEN'S CHRISTIAN ASSOCIATION OF THE CITY OF PATERSON, PLAINTIFFS IN ERROR, v. THE CITY OF PATERSON, DEFENDANT IN ERROR.

Submitted December 12, 1899—Decided March 5, 1900.

On error to the Supreme Court.

For the plaintiffs in error, *Pennington & Beam.*

For the defendant in error, *Thomas C. Simonton.*

PER CURIAM.

The judgment brought up by this writ is affirmed, for the reasons given in the opinion of Mr. Justice Dixon, reported in 32 *Vroom* 420.

*For affirmance*—DEPUE, GUMMERE, LUDLOW, BOGERT, NIXON, ADAMS, VREDENBURGH. 7.

*For reversal*—THE CHIEF JUSTICE, LIPPINCOTT, HENDRICKSON. 3.